IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DR. MAHENDRA AMIN, M.D.**,

Plaintiff,

v.                                                                  Civil Action No. 1:25-cv-01313

**TAYLOR & FRANCIS GROUP, LLC;**
**JESSICA TILLIPMAN; GOVERNMENT**
**ACCOUNTABILITY PROJECT, INC.;**
**TOM DEVINE; SAMANTHA FEINSTEIN;**
and **JOHN A. KOLAR**,

  Defendants.
_____

### DECLARATION OF THAD M. GUYER, ESQ. IN SUPPORT OF GOVERNMENT ACCOUNTABILITY PROJECT DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Pursuant to 28 U.S.C. § 1746, I, Thad M. Guyer, hereby declare under penalty of perjury that the following is true and correct:

1. I submit this Declaration in support of the Government Accountability Project Defendants' Motion to Dismiss the Complaint for Failure to State a Claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

2. I am over 21 years of age and a legal resident of the State of Florida. I am licensed to practice law in the State of Oregon and have served for many years as a senior contractor attorney with the Government Accountability Project, Inc. ("GAP"). I am personally familiar with the facts described herein and am competent to testify to them.

3. I have been assigned to assist in the preparation of GAP's defense in this matter. I previously served as GAP's Litigation Director and General Counsel, and remain fully familiar with GAP's litigation practices, systems, and document retention protocols.

1

4. Exhibit MTD 1 to the Motion to Dismiss is a true and correct copy of Chapter 15 of the Routledge Handbook of Public Procurement Corruption, the academic chapter challenged in Plaintiff's Complaint. This exhibit is the complete chapter as published on April 30, 2024.

5. Exhibit MTD 2 to the Motion to Dismiss is a true and correct copy of Plaintiff's Demand for Retraction and its attachments, including materials Plaintiff transmitted to the GAP Defendants asserting that Chapter 15 was inaccurate. The attachments consist of Plaintiff's selected documents, including congressional reports and litigation filings referenced in his letter.

6. Exhibit MTD 3 to the Motion to Dismiss is a true and correct copy of the federal court order issued in Oldaker v. Giles, which addressed claims brought by detainees concerning medical treatment at the Irwin County Detention Center. This order reflects the procedural posture and treatment of the state-law claims relevant to Plaintiff's allegations in this action.

ATTESTATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 18, 2025, at Tay Ninh City, Vietnam.

    /s/ Thad M. Guyer
_____
THAD M. GUYER